Christopher D. Nissen, Esq. (SBN 202034)
Katherine Stewart, Esq. (SBN 325234)
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Tel:   (213) 443-5100
Fax:   (213) 443-5101
E-mail: Christopher.Nissen@wilsonelser.com
        Katherine.Stewart@wilsonelser.com

Attorneys for Defendants,
T-PINE LEASING CAPITAL
CORPORATION, 2611336 ONTARIO INC.,
and 1706718 ALBERTA LTD.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KEVIN BOJORQUEZ LUGO, an individual; HUMBERTO PRADO, an individual; CARLOS ESTEVAN GARCIA, an individual;<br><br>              Plaintiffs,<br><br>v.<br><br>ANNA JOANNA SZMIT, an individual; T-PINE LEASING CAPITAL CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.   2:22-cv-1082<br><br>**DECLARATION OF KATHERINE A, STEWART IN SUPPORT OF NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332(a) & 1441(b)** |

   I, Katherine A. Stewart, declares as follows:

1

266182926v.1
266182926v.1

1. I am an attorney duly licensed to practice before this Court and for all the state courts in the State of California. I am an attorney with the law firm Wilson, Elser, Moskowitz, Edelman & Dicker, LLP. I am one of the attorneys for Defendants 2611336 ONTARIO INC., 1706718 ALBERTA LTD., and T-PINE LEASING CAPITAL CORPORATION ("Removing Defendants") in this action. I have personal knowledge of the facts stated herein and am competent to testify regarding same.

2. Attached as **Exhibit 1** is a true and correct copy of Plaintiffs' Complaint, Civil Case Cover Sheet and Addendum, and Summons dated September 15, 2020, filed in the State Court Action.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Notice of Case Assignment dated September 15, 2020, filed in the State Court Action.

4. Attached hereto as **Exhibit 3** is a true and correct copy of PI General Order and Certificate of Mailing for PI General Order dated September 29, 2020, filed in the State Court Action.

5. Attached hereto as **Exhibit 4** are true and correct copies of the Proofs of Service of Summons to Defendant ANNA SZMIT dated October 1, 2020 and filed October 26, 2020.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Proof of Service of Summons to Defendant T-PINE LEASING CAPITAL CORPORATION dated October 1, 2020 and filed October 26, 2020.

7. Attached hereto as **Exhibit 6** is the Notice of Posting of Jury Fees dated November 9, 2020 and filed November 10, 2020.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Amendment to Complaint naming 2197036 ONTARIO INC. DBA HEFTY FREIGHT as DOE 1, dated November 9, 2020 and filed November 10, 2020.

2

266182926v.1
266182926v.1

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Amendment to Complaint naming 2611336 ONTARIO INC. as DOE 2, dated and filed November 12, 2020.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Amendment to Complaint naming 1706718 ALBERTA LTD. as DOE 3, dated and filed July 26, 2021.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Proof of Substituted Service of Summons to Defendant 1706718 ALBERTA LTD. dated and filed September 15, 2021.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the Proof of Personal Service of Summons to Defendant 2611336 ONTARIO INC. dated January 18, 2022 and filed January 26, 2022.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Proof of Personal Service of Summons to Defendant 2197036 ONTARIO INC. DBA HEFTY FREIGHT dated January 18, 2022 and filed January 26, 2022.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Notice and Acknowledgment of Receipt dated January 27, 2022 for Defendant 1706718 ALBERTA LTD. and accompanying Proof of Service of Summons by Mail dated January 28, 2022, filed on January 28, 2022.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Notice and Acknowledgment of Receipt dated January 27, 2022 for Defendant T-PINE LEASING CAPITAL CORPORATION and accompanying Proof of Service of Summons by Mail January 28, 2022, filed on January 28, 2022.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the Notice and Acknowledgment of Receipt dated January 27, 2022 for Defendant 2611336 ONTARIO INC. and accompanying Proof of Service of Summons by Mail dated January 28, 2022, filed on January 28, 2022.

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL

266182926v.1
266182926v.1

17. Attached hereto as **Exhibit 16** is a true and correct copy of the Order and Stipulation to Continue Trial, FSC, and Related Motion/Discovery Dates, Minute Entry dated February 2 2022, and Certificate of Mailing, filed on February 2, 2022.

18. Plaintiffs' counsel has not located Defendant SZMIT in order to complete service.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a Settlement Demand letter from Plaintiffs' previous counsel indicating that Plaintiffs are claiming more than $52,155.42 in past medical specials and at least $193,000 in future medical specials, for a total of $245,155.42 in past and future medical specials. The demand further claims $18,000 in property damages and an unspecified but "significant past and future loss of earnings claim." Removing Parties deny liability for said claims other than to acknowledge that the amount in controversy exceeds this Court's diversity jurisdictional minimum of $75,000.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the Ontario Business Registry page regarding 2197036 ONTARIO INC. that I accessed on January 28, 2022, confirming that Defendant 2197036 ONTARIO INC. is incorporated in Ontario, Canada with its principal place of business in Georgetown, Ontario, Canada.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the Ontario Business Registry page regarding 2611336 ONTARIO INC. that I accessed on January 28, 2022, confirming that Defendant 2611336 ONTARIO INC. is incorporated in Ontario, Canada, with its principal place of business in Milton, Ontario, Canada.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Ontario Business Registry page regarding T-PINE LEASING CAPITAL

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL

266182926v.1
266182926v.1

CORPORATION that I accessed on January 28, 2022, confirming that Defendant T-PINE LEASING CAPITAL CORPORATION is incorporated in Canada with its principal place of business in Mississauga, Ontario, Canada.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the Ontario Business Registry page regarding 1706718 ALBERTA LTD. that I accessed on January 28, 2022, confirming that Defendant 1706718 ALBERTA LTD. is incorporated in Alberta, Canada, with its principal place of business in High River, Alberta, Canada.

24. Defendant T-PINE LEASING CAPITAL CORPORATION is not registered in California.

25. Plaintiffs appear to confuse Defendant T-PINE LEASING CAPITAL CORPORATION with Non-Party TPine Leasing Capital L.P. which is a limited partnership that operates out of the United States. TPine Leasing Capital L.P. is completely separate and apart from Defendant T-PINE LEASING CAPITAL CORPORATION and has no interest in the subject vehicle.

26. Attached hereto as **Exhibit 22** is a true and correct copy of the FMCSA Safer page that I accessed on February 2, 2022, demonstrating Defendant 2197036 ONTARIO INC.'s physical and mailing address is 35 Upper Canada Court, Georgetown, Ontario, the location where 2611336 ONTARIO INC. was defectively served on January 17, 2022.

27. I have met and conferred with counsel for Plaintiffs regarding the improper service and Plaintiffs' counsel agreed to serve the Summons and Complaint for Defendants 2611336 ONTARIO INC., 1706718 ALBERTA LTD., and T-PINE LEASING CAPITAL CORPORATION, who executed Notices and Acknowledgments of Receipt forms to accept the Summons and Complaint on January 27, 2022.

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL

266182926v.1
266182926v.1

28. On February 16, 2022, I met and conferred with Plaintiffs' counsel Mark Nagle regarding Removing Defendants' intention to remove the case to federal court and Mr. Nagle has agreed to stipulate to removal to federal court on Plaintiffs' behalf.

29. I declare under penalty of perjury that the foregoing is true and correct.

DATED this February 16, 2022.


By: ___*/s/Katherine Stewart*_____
Katherine Stewart, Esq.

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL

266182926v.1
266182926v.1